```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS J. OLSEN, *individually and on behalf of all other persons similarly situated*,

        Plaintiffs,

v.

LEVEL 28 NUTRIDRIP LLC,

        Defendants.

No.   20-CV-9565 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    This action was filed on November 13, 2020, but the docket does not reflect that the complaint and summons have been served. "The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m)." Fed R. Civ. P. 4(c)(1). "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The 90-day deadline to complete service was yesterday, February 11, 2021.

    Plaintiff is hereby ordered to complete service and to submit proof of service on the docket no later than February 26, 2021. Failure to do so will result in dismissal of the action.

SO ORDERED.

Dated:    February 12, 2021
           New York, New York

                                          Ronnie Abrams
                                          United States District Judge